**JORDAN et al. v. JORDAN et al.**

Court of Appeals of Kentucky.

May 28, 1954.

Rehearing Denied June 25, 1954.

**CARTEE  v.  BUCK et al.**

Court of Appeals of Kentucky.

Feb. 19, 1954.

Rehearing Denied June 23, 1954.

———◆———

W. H. Hooks and Diederich & Lycan, Ashland, for appellant.

Baxter Arnett, Ashland, for appellees.

PER CURIAM.

Motion for an appeal from a judgment denying W. H. Hooks an attorney's fee of $300, claimed by him for services in conducting through court the sale of jointly owned real estate for a division of the proceeds. The chancellor found that Hooks, before the sale, had acquired a one-half interest in the property and was entitled to no fee as to this one-half interest because he had represented himself. The chancellor also found that the owner of the other one-half interest in the property was represented by her own attorney in the litigation and disallowed Hooks' claim of attorney's fee against the fund payable to her committee. We conclude the evidence sustains the action of the chancellor.

The motion is overruled and the judgment is affirmed.